# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Heather LaFrance,

       Plaintiff,                    Civil No. 09-2145 (RHK/FLN)

vs.                           **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

NCO Financial Systems, Inc., et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: September 18, 2009

                                                   s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                   United States District Judge